990 A.2d 723

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Charles Ray HICKS, Petitioner.**

**No. 141 EM 2009.**

Supreme Court of Pennsylvania.

Feb. 25, 2010.

*ORDER*

PER CURIAM.

**AND NOW,** this 25th day of February, 2010, the Petition for Review is **DENIED.**